IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  v.<br><br>RYAN MICHAEL HOMSLEY,<br><br>         Defendant. | Case No. 3:13-cr-00405-IM<br><br>**ORDER GRANTING MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i)** |

IMMERGUT, District Judge:

  This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served. The Court concludes that the defendant does not pose a danger to any other person or the community. The parties have approved a release plan for Mr. Homsley. The Court grants the government's request that Mr. Homsley remain in Bureau of Prisons custody until he has completed a 14-day quarantine period.

  The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that Defendant shall remain in Bureau of Prisons custody until he has completed a 14-day quarantine period, and released afterwards. An amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

Dated this __23rd___ day of July, 2020.

_____
Hon. Karin J. Immergut
United States District Court Judge